UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CARPARTS.COM, INC., <br><br> Plaintiff, <br> v. <br><br> UNITED STATES, et al., <br><br> Defendants. | Court No. 22-00121 |

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. §§ 253(c) and 255 and Rule 77(e) of the Rules of this Court, the above entitled action is assigned to a three-judge panel consisting of Judge Timothy C. Stanceu, Judge Jennifer Choe-Groves and Judge M. Miller Baker.

                                                                         /s/ Mark A. Barnett
                                                                            Mark A. Barnett
                                                                            Chief Judge

DATED: April 20, 2022