UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE
THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| CARPARTS.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES; JOSEPH R. BIDEN, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; GINA RAIMONDO, <br><br><br> IN HER OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF COMMERCE; UNITED STATES DEPARTMENT OF COMMERCE; CHRIS MAGNUS, IN HIS OFFICIAL CAPACITY AS COMMISSIONER, UNITED STATES CUSTOMS AND BORDER PROTECTION; UNITED STATES CUSTOMS AND BORDER PROTECTION <br><br> Defendants. | Court No. 22-00121 <br><br> **<u>PUBLIC VERSION</u>** |

**ORDER**

Upon consideration of the Consent Motion by Plaintiff CarParts.com, Inc. for an injunctive order suspending liquidation of its unliquidated entries of derivative steel products subject to Proclamation 9980, dated January 24, 2020, for entries filed on or after 12:01 am February 8, 2020, and continuing in effect until judgment is entered, or until the order is otherwise modified or dissolved by the Court, it is hereby ORDERED

That, by consent of the parties, the following order is ENTERED:

ORDERED that United States Customs and Border Protection (CBP) is enjoined from liquidating entries filed on or after 12:01 am February 8, 2020 by CarParts.com, Inc. (Importer

PUBLIC VERSION

No. [             ]) of articles that are subject to duty deposits pursuant to Proclamation 9980 of January 24, 2020: *Adjusting Imports of Derivative Aluminum Articles and Derivative Steel Articles Into the United States*, 85 Fed. Reg. 5,281 (January 29, 2020) and entered under subheading 9903.80.03 Harmonized Tariff Schedule of the United States (HTSUS) that were unliquidated as of the effective date of the Order;

It is further ORDERED that this order is effective immediately and continues in effect until judgment is entered, or until it is otherwise modified or dissolved by the Court.

SO ORDERED.

      /s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

   /s/  M. Miller Baker
M. Miller Baker, Judge

Dated:   June 23, 2022
       New York, New York

   /s/  Timothy C. Stanceu
Timothy C. Stanceu, Judge