UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 7A

| | |
|---|---|
| CARPARTS.COM, INC.<br><br>                    Plaintiff,<br>         v.<br>UNITED STATES et al<br><br>                    Defendant. | Court No. 22-00121 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: February 5, 2024

Erik D. Smithweiss
Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
_____
                Attorney for Plaintiff
707 Wilshire Boulevard
Suite 4150
_____
                Street Address
Los Angeles, CA 90017-3720
_____
              City, State and Zip Code
(213) 624-1970
_____
                Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____        Clerk, U. S. Court of International Trade

                                                          By: _____
                                                                       Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 22-00121 | CarParts.com, Inc. |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                          Clerk, U. S. Court of International Trade

                                          By: _____
                                                        Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)